# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § §
Joan C. Wise § Case No. 17-35203
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/27/2017 . The undersigned trustee was appointed on 11/27/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 5,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 50.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,950.00 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/16/2018 and the deadline for filing governmental claims was 05/29/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.17 , for total expenses of $ 17.17 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2018     By:/s/Zane L. Zielinski, Trustee
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-35203 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Joan C. Wise | | | | Date Filed (f) or Converted (c): | 11/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/28/2017 |
| For Period Ending: | 08/28/2018 | | | | Claims Bar Date: | 04/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12231 Shagbark Dr. Plainfield Il 60585-0000 Will | 266,338.00 | 0.00 | | 0.00 | FA |
| 2. 2010 Honda Crv Mileage: 75,000 Value = $6,311 Per 11/17 Kbb | 6,311.00 | 6,311.00 | | 2,000.00 | FA |
| 3. 2006 Honda Crv Mileage: 140,000 Value = $2,135 Per 11/15/17 | 2,135.00 | 2,135.00 | | 1,000.00 | FA |
| 4. 2011 Honda Crv Mileage: 60,000 Value = $7,124 Per 11/17/17 K | 3,562.00 | 2,000.00 | | 2,000.00 | FA |
| 5. 2016 Honda Odyssey | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 6. Furniture And Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Tv's, Cell Phone | 300.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothing Of Debtor | 600.00 | 0.00 | | 0.00 | FA |
| 9. Pet Dogs | 100.00 | 0.00 | | 0.00 | FA |
| 10. First Midwest | 120.00 | 0.00 | | 0.00 | FA |
| 11. Pnc | 17.20 | 0.00 | | 0.00 | FA |
| 12. Advanced Counseling And Assessment Services No Business Asse | 700.00 | 0.00 | | 0.00 | FA |
| 13. 401 (K) | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Held By Asma Hussain | 1,800.00 | 0.00 | | 0.00 | FA |
| 15. Life Insurance Through Employer - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $302,983.20     $29,446.00          $5,000.00          $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):        Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 17-35203  
Case Name: Joan C. Wise  
Taxpayer ID No: XX-XXX7391  
For Period Ending: 08/28/2018  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2468  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/18 | | Joan Wise<br>12231 Shagbark Drive<br>Plainfiled, IL 60585 | Settlement Funds | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts $5,000.00 | | | | |
| | 2 | | 2010 Honda Crv Mileage: $2,000.00<br>75,000 Value = $6,311 Per<br>11/17 Kbb | 1129-000 | | | |
| | 3 | | 2006 Honda Crv Mileage: $1,000.00<br>140,000 Value = $2,135 Per<br>11/15/17 | 1129-000 | | | |
| | 4 | | 2011 Honda Crv Mileage: $2,000.00<br>60,000 Value = $7,124 Per<br>11/17/17 K | 1129-000 | | | |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $50.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $50.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $50.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $5,000.00  $50.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2468 - Checking | $5,000.00 | $50.00 | $4,950.00 |
|  | $5,000.00 | $50.00 | $4,950.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-35203  
Debtor Name: Joan C. Wise  
Claims Bar Date: 4/16/2018  
Date: August 29, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $17.17 | $17.17 |
| 1 300 7100 | First National Bank Omaha<br>Cory Rooney C/O Chandler Law Offices<br>319 S 17Th Street #522<br>Omaha Ne 68102 | Unsecured | | $12,920.71 | $13,072.81 | $13,072.81 |
| 2 300 7100 | Navient Pc Trust<br>C/O Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $13,571.74 | $11,563.86 | $11,563.86 |
| 3 300 7100 | Navient Solutions, Llc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Unsecured | | $0.00 | $1,441.92 | $1,441.92 |
| 4 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club Mastercard)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $1,500.00 | $1,560.92 | $1,560.92 |
| 5 300 7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $4,738.00 | $4,776.00 | $4,776.00 |
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $5,301.10 | $6,393.76 | $6,393.76 |
| 7 300 7100 | First National Bank Omaha<br>Cory Rooney C/O Chandler Law Offices<br>319 S 17Th Street #522<br>Omaha Ne 68102 | Unsecured | This claim was withdrawn on April 18, 2018 (Docket No 25) | $10,139.01 | $10,116.80 | $10,116.80 |
| | Case Totals | | | $48,170.56 | $50,193.24 | $50,193.24 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                    Printed: August 29, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-35203　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: August 29, 2018
Debtor Name: Joan C. Wise
Claims Bar Date: 4/16/2018

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-35203
Case Name: Joan C. Wise
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand      $     4,950.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 17.17 | $ 0.00 | $ 17.17 |

Total to be paid for chapter 7 administrative expenses    $    1,267.17

Remaining Balance    $    3,682.83

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,809.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank Omaha | $ 13,072.81 | $ 0.00 | $ 1,240.55 |
| 2 | Navient Pc Trust | $ 11,563.86 | $ 0.00 | $ 1,097.36 |
| 3 | Navient Solutions, Llc. | $ 1,441.92 | $ 0.00 | $ 136.83 |
| 4 | Portfolio Recovery Associates, Llc | $ 1,560.92 | $ 0.00 | $ 148.12 |
| 5 | Synchrony Bank | $ 4,776.00 | $ 0.00 | $ 453.22 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 6,393.76 | $ 0.00 | $ 606.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,682.83 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE