UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Joan C. Wise | § | Case No. 17-35203 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 205,106.13               Assets Exempt: 89,031.87
*(Without deducting any secured claims)*

Total Distributions to Claimants:  3,682.83     Claims Discharged
                                                Without Payment:  395,574.98

Total Expenses of Administration:  1,317.17

---

3) Total gross receipts of $ 5,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 207,375.13 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,317.17 | 1,317.17 | 1,317.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 201,243.97 | 48,926.07 | 48,926.07 | 3,682.83 |
| **TOTAL DISBURSEMENTS** | $ 408,619.10 | $ 50,243.24 | $ 50,243.24 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 11/27/2017. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2018           By: /s/Zane L. Zielinski, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Honda Crv Mileage: 140,000 Value = $2,135 Per 11/15/17 | 1129-000 | 1,000.00 |
| 2010 Honda Crv Mileage: 75,000 Value = $6,311 Per 11/17 Kbb | 1129-000 | 2,000.00 |
| 2011 Honda Crv Mileage: 60,000 Value = $7,124 Per 11/17/17 K | 1129-000 | 2,000.00 |
| TOTAL GROSS RECEIPTS | | $ 5,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance, PO Box 15123 Wilmington, DE 19850 | | 22,669.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIrst Midwest Bank, One Pierce Place Suite 1500 Itasca, IL 60143 | | 34,922.76 | NA | NA | 0.00 |
| | First Midwest Bank, One Pierce Place Suite 1500 Itasca, IL 60143 | | 149,783.37 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 207,375.13** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 17.17 | 17.17 | 17.17 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,317.17** | **$ 1,317.17** | **$ 1,317.17** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
|  | Internal Revenue Service, Centralized Insolvency Operation Post Office Box 21126 Philadelphia, PA 19114 |  | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citi Bank, PO Box 6243 Sioux Falls, SD 57117 |  | 162.00 | NA | NA | 0.00 |
|  | Nelnet |  | 152,911.41 | NA | NA | 0.00 |
| 1 | First National Bank Omaha | 7100-000 | 12,920.71 | 13,072.81 | 13,072.81 | 1,240.55 |
| 7 | First National Bank Omaha | 7100-000 | 10,139.01 | 10,116.80 | 10,116.80 | 0.00 |
| 2 | Navient Pc Trust | 7100-000 | 13,571.74 | 11,563.86 | 11,563.86 | 1,097.36 |
| 3 | Navient Solutions, Llc. | 7100-000 | NA | 1,441.92 | 1,441.92 | 136.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | 1,500.00 | 1,560.92 | 1,560.92 | 148.12 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 5,301.10 | 6,393.76 | 6,393.76 | 606.75 |
| 5 | Synchrony Bank | 7100-000 | 4,738.00 | 4,776.00 | 4,776.00 | 453.22 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 201,243.97 | $ 48,926.07 | $ 48,926.07 | $ 3,682.83 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-35203 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Joan C. Wise | | | | Date Filed (f) or Converted (c): | 11/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 12/28/2017 |
| For Period Ending: | 11/16/2018 | | | | Claims Bar Date: | 04/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12231 Shagbark Dr. Plainfield Il 60585-0000 Will | 266,338.00 | 0.00 | | 0.00 | FA |
| 2. 2010 Honda Crv Mileage: 75,000 Value = $6,311 Per 11/17 Kbb | 6,311.00 | 6,311.00 | | 2,000.00 | FA |
| 3. 2006 Honda Crv Mileage: 140,000 Value = $2,135 Per 11/15/17 | 2,135.00 | 2,135.00 | | 1,000.00 | FA |
| 4. 2011 Honda Crv Mileage: 60,000 Value = $7,124 Per 11/17/17 K | 3,562.00 | 2,000.00 | | 2,000.00 | FA |
| 5. 2016 Honda Odyssey | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 6. Furniture And Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Tv's, Cell Phone | 300.00 | 0.00 | | 0.00 | FA |
| 8. Used Clothing Of Debtor | 600.00 | 0.00 | | 0.00 | FA |
| 9. Pet Dogs | 100.00 | 0.00 | | 0.00 | FA |
| 10. First Midwest | 120.00 | 0.00 | | 0.00 | FA |
| 11. Pnc | 17.20 | 0.00 | | 0.00 | FA |
| 12. Advanced Counseling And Assessment Services No Business Asse | 700.00 | 0.00 | | 0.00 | FA |
| 13. 401 (K) | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Held By Asma Hussain | 1,800.00 | 0.00 | | 0.00 | FA |
| 15. Life Insurance Through Employer - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $302,983.20 | $29,446.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The final report was filed on 9/17/2018.

Initial Projected Date of Final Report (TFR):              Current Projected Date of Final Report (TFR):

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-35203 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joan C. Wise | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2468 |
| | Checking |
| Taxpayer ID No: XX-XXX7391 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/18 | | Joan Wise<br>12231 Shagbark Drive<br>Plainfiled, IL 60585 | Settlement Funds | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts     $5,000.00 | | | | |
| | 2 | | 2010 Honda Crv Mileage:     $2,000.00<br>75,000 Value = $6,311 Per<br>11/17 Kbb | 1129-000 | | | |
| | 3 | | 2006 Honda Crv Mileage:     $1,000.00<br>140,000 Value = $2,135 Per<br>11/15/17 | 1129-000 | | | |
| | 4 | | 2011 Honda Crv Mileage:     $2,000.00<br>60,000 Value = $7,124 Per<br>11/17/17 K | 1129-000 | | | |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |
| 10/12/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,267.17 | $3,682.83 |
| | | Trustee Zane L. Zielinski | Final distribution representing a     ($1,250.00)<br>payment of 100.00 % per court<br>order. | 2100-000 | | | |

Page Subtotals:     $5,000.00     $1,317.17

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-35203 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joan C. Wise | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2468 |
| | Checking |
| Taxpayer ID No: XX-XXX7391 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($17.17) 2200-000 | | | |
| 10/12/18 | 5002 | First National Bank Omaha<br>Cory Rooney C/O Chandler Law Offices<br>319 S 17Th Street #522<br>Omaha Ne 68102 | Final distribution to claim 1 representing a payment of 9.49 % per court order. | 7100-000 | | $1,240.55 | $2,442.28 |
| 10/12/18 | 5003 | Navient Pc Trust<br>C/O Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 2 representing a payment of 9.49 % per court order. | 7100-000 | | $1,097.36 | $1,344.92 |
| 10/12/18 | 5004 | Navient Solutions, Llc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 3 representing a payment of 9.49 % per court order. | 7100-000 | | $136.83 | $1,208.09 |
| 10/12/18 | 5005 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club Mastercard)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 9.49 % per court order. | 7100-000 | | $148.12 | $1,059.97 |
| 10/12/18 | 5006 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 9.49 % per court order. | 7100-000 | | $453.22 | $606.75 |
| 10/12/18 | 5007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 9.49 % per court order. | 7100-000 | | $606.75 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Page Subtotals:   $0.00   $3,682.83

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2468 - Checking | $5,000.00 | $5,000.00 | $0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals: $0.00 $0.00